FILED

AUG 19 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:26-CR-93 |
| | § | |
| JASON ELIAS BRILEY | § | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**Counts 1 – 19**

GENERAL ALLEGATIONS

1. Form 1040, as referred to in this indictment, refers to Internal Revenue Service Form 1040, U.S. Individual Income Tax Return.

2. Form 7202, as referred to in this indictment, refers to Internal Revenue Service Form 7202, Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals.

3. Schedule C, as referred to in the indictment, refers to Internal Revenue Service Schedule C (Form 1040), Profit or Loss from Business.

**Count 1**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising
in Tax Fraud)

On or about May 6, 2021, defendant, **Jason Elias Briley**, in Gregg County, Texas,

in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "married filing jointly" U.S. Individual Income Tax Return, Form 1040, for Taxpayers 1 and 2, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that (a) it included a Form 7202 for Taxpayer 1 that claimed credits of $2,580 and $8,650 to which Taxpayer 1 was not entitled; (b) it included a Schedule C for Taxpayer 1 that claimed that Taxpayer 1 had a "principal business" of "Softball," which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $8,492 when Taxpayers 1 and 2 were not entitled to a refund and owed approximately $2,185 in additional income taxes,

In violation of 21 U.S.C. § 7206(2).

**Count 2**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 7, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "married filing jointly" U.S. Individual Income Tax Return, Form 1040, for Taxpayers 1 and 2, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Form 7202 for Taxpayer 1 that claimed credits of $2,980 and $12,000 to which Taxpayer 1 was not entitled; (b) it included a Form 7202 for

Taxpayer 2 that claimed credits of $3,030, $10,000, $3,030, and $12,000 to which Taxpayer 2 was not entitled; (c) it included a Schedule C for Taxpayer 1 that claimed that Taxpayer 1 had a "principal business" of "Softball Coach," with a net profit of $1,823; and (d) it included a Schedule C for Taxpayer 2 that claimed that Taxpayer 2 and a "principal business" of "Softball Coach," with a net profit of $2,299, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $42,484 when Taxpayers 1 and 2 were only entitled to a refund in the approximate amount of $1,668,

In violation of 21 U.S.C. § 7206(2).

**Count 3**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about May 20, 2021, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "married filing jointly" U.S. Individual Income Tax Return, Form 1040, for Taxpayers 3 and 4, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that (a) it included a Form 7202 for Taxpayer 3 that claimed credits of $2,620 and $8,800 to which Taxpayer 3 was not entitled; and (b) it included a Form 7202 for Taxpayer 4 that claimed credits of $2,640 and $8,850 to which Taxpayer 4 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and

fraudulent, and which resulted in a refund of $26,958 when Taxpayers 3 and 4 were only entitled to a refund in the approximate amount of $4,048,

In violation of 21 U.S.C. § 7206(2).

**Count 4**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 19, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "married filing jointly" U.S. Individual Income Tax Return, Form 1040, for Taxpayers 3 and 4, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 3 that claimed that Taxpayer 3 had a "principal business" of "Contractor"; (b) it included a Schedule C for Taxpayer 4 that claimed that Taxpayer 4 had a "principal business" of "Insurance Sales"; (c) it included a Form 7202 for Taxpayer 3 that claimed credits of $2,930 and $11,760 to which Taxpayer 3 was not entitled; and (d) it included a Form 7202 for Taxpayer 4 that claimed credits of $2,890 and $11,640 to which Taxpayer 4 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $34,150 when Taxpayers 3 and 4 were only entitled to a refund in the approximate amount of $7,304,

In violation of 21 U.S.C. § 7206(2).

**Count 5**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 16, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 5, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 5 that claimed that Taxpayer 5 had a "principal business" of "Apparel"; and (b) it included a Form 7202 for Taxpayer 5 that claimed credits of $3,000 and $10,000 to which Taxpayer 5 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $10,940 when Taxpayer 5 was not entitled to a refund and owed approximately $1,734 in additional income taxes,

In violation of 21 U.S.C. § 7206(2).

**Count 6**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 8, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a

"single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 5, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 5 that claimed that Taxpayer 5 had a "principal business" of "Apparel" with a gross income of $2,500 and a net profit of $2,011; and (b) it included a Form 7202 for Taxpayer 5 that claimed credits of $2,380, $7,950, $2,380, and $9,540 to which Taxpayer 5 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $22,579 when Taxpayer 5 was only entitled to a refund in the approximate amount of $562,

In violation of 21 U.S.C. § 7206(2).

**Count 7**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 31, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 6, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 6 that claimed that Taxpayer 6 had a "principal business" of "Baby Sitting"; and (b) it included a Form 7202 for Taxpayer 6 that claimed credits of $2,980 and $10,000 to which Taxpayer 6 was not entitled, which claim

defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $13,101 when Taxpayer 6 was only entitled to a refund in the approximate amount of $774,

In violation of 21 U.S.C. § 7206(2).

**Count 8**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 31, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 6, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 6 that claimed that Taxpayer 6 had a "principal business" of "Baby Sitting"; and (b) it included a Form 7202 for Taxpayer 6 that claimed credits of $3,060, $10,000, $3,060, and $12,000, to which Taxpayer 6 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $28,914 when Taxpayer 6 was only entitled to a refund in the approximate amount of $875,

In violation of 21 U.S.C. § 7206(2).

**Count 9**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 6, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 7, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 7 that claimed credits of $3,210 and $10,000, to which Taxpayer 7 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $13,212 when Taxpayer 7 was only entitled to a refund in the approximate amount of $199,

In violation of 21 U.S.C. § 7206(2).

**Count 10**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 6, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 7, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that it

included a Form 7202 for Taxpayer 7 that claimed credits of $2,930, $9,800, $2,930, and $11,760, to which Taxpayer 7 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $28,238 when Taxpayer 7 was only entitled to a refund in the approximate amount of $818,

In violation of 21 U.S.C. § 7206(2).

**Count 11**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 7, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 8, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 8 that claimed that Taxpayer 8 had a "principal business" of "Truck Driver" with expenses of $3,341; and (b) it included a Form 7202 for Taxpayer 8 that claimed credits of $2,990 and $10,000 to which Taxpayer 8 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $14,598 when Taxpayer 6 was only entitled to a refund in the approximate amount of $837,

In violation of 21 U.S.C. § 7206(2).

**Count 12**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about March 7, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 8, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 8 that claimed that Taxpayer 8 had a "principal business" of "Truck Driver" with expenses of $2,778; and (b) it included a Form 7202 for Taxpayer 8 that claimed credits of $3,080, $10,000, $3,080, and $12,000 to which Taxpayer 8 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $27,574 when Taxpayer 8 was not entitled to a refund and owed additional taxes in the approximate amount of $1,225,

In violation of 21 U.S.C. § 7206(2).

**Count 13**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 23, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure,

counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "head of household" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 9, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 9 that claimed credits of $3,010 and $10,000 to which Taxpayer 9 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $13,217 when Taxpayer 9 was only entitled to a refund in the approximate amount of $3588,

In violation of 21 U.S.C. § 7206(2).

## Count 14

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 23, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "head of household" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 9, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 9 that claimed credits of $3,070, $10,000, $3,070, and $12,000, to which Taxpayer 9 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $33,124 when Taxpayer 9 was not entitled to a refund and owed additional taxes in the approximate amount of $4,914,

In violation of 21 U.S.C. § 7206(2).

**Count 15**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising
in Tax Fraud)

On or about March 24, 2021, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 10, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 10 that claimed credits of $3,550 and $10,000 to which Taxpayer 10 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $9,567 when Taxpayer 10 was not entitled to a refund and owed additional taxes in the approximate amount of $655,

In violation of 21 U.S.C. § 7206(2).

**Count 16**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising
in Tax Fraud)

On or about February 16, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a

"single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 10, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 10 that claimed credits of $3,170 and $12,000 to which Taxpayer 10 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $11,791 when Taxpayer 10 was only entitled to a refund in the approximate amount of $403,

In violation of 21 U.S.C. § 7206(2).

**Count 17**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about June 28, 2021, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 11, for the calendar year 2020. The return was false and fraudulent as to a material matter, in that it included a Form 7202 for Taxpayer 11 that claimed credits of $2,860 and $9,600 to which Taxpayer 11 was not entitled, which claim defendant, **Jason Elias Briley**, then and there knew was false and fraudulent, and which resulted in a refund of $10,399 when Taxpayer 11 was not entitled to a refund and owed additional taxes in the approximate amount of $2,061,

In violation of 21 U.S.C. § 7206(2).

**Count 18**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 23, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 11, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 11 that claimed that Taxpayer 11 had a "principal business" of "House Cleaning" with gross receipts of $8,666 and expenses of $2,409; and (b) it included a Form 7202 for Taxpayer 11 that claimed credits of $3,100 and $12,000 to which Taxpayer 11 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $12,122 when Taxpayer 11 was not entitled to a refund and owed additional taxes in the approximate amount of $1,566,

In violation of 21 U.S.C. § 7206(2).

**Count 19**

VIOLATION: 26 U.S.C. § 7206(2)
(Aiding, Assisting, Counseling, or Advising in Tax Fraud)

On or about February 17, 2022, defendant, **Jason Elias Briley**, in Gregg County, Texas, in the Eastern District of Texas, did willfully aid and assist in, and procure,

counsel, and advise the preparation and presentation to the Internal Revenue Service, of a "single" U.S. Individual Income Tax Return, Form 1040, for Taxpayer 12, for the calendar year 2021. The return was false and fraudulent as to a material matter, in that (a) it included a Schedule C for Taxpayer 12 that claimed that Taxpayer 12 had a "principal business" of "Home Health Care" with gross receipts of $2,599 and expenses of $602; and (b) it included a Form 7202 for Taxpayer 12 that claimed credits of $3,040, $3,040, and $12,000 to which Taxpayer 12 was not entitled, which claims defendant, **Jason Elias Briley**, then and there knew were false and fraudulent, and which resulted in a refund of $14,706 when Taxpayer 12 was not entitled to a refund and owed additional taxes in the approximate amount of $3,262,

In violation of 21 U.S.C. § 7206(2).

A TRUE BILL

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

ALAN R. JACKSON
Assistant United States Attorney

8/19/26
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:26-CR-____ |
| | § | |
| JASON ELIAS BRILEY | § | |

**NOTICE OF PENALTY**

**Counts 1 – 19**

Violation: 26 U.S.C. § 7206(2) (Aiding, Assisting, Counseling, or Advising in Tax Fraud)

Penalty: A fine of not more than $250,000; imprisonment for not more than three (3) years; a term of supervised release of not more than three (3) years; costs of prosecution.

Special Assessment: $100.00